IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3138 |
|---|---|---|
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| THOMAS J. SCHILDT, | ) | |
| Defendant. | ) | |

On April 11, 2012, Magistrate Judge Cheryl R. Zwart made findings of fact and recommended that the defendant's motion to suppress (filing 28) be denied. No objections to the findings and recommendation have been filed.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted and the motion to suppress should be denied in all respects.

IT IS ORDERED:

1. the magistrate judge's findings and recommendation (filing 42) are adopted; and
2. the defendant's motion to suppress (filing 28) is denied in all respects.

May 3, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge